Marc P. Cook
Nevada Bar # 4574
Cook & Kelesis, Ltd.
517 S. 9th Street
Las Vegas, Nevada 89101
Tel: 702-737-7702
mcook@bckltd.com

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEIGHBORHOOD NEUROPATHY CENTER OF RENO LLC, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br>v.<br><br>MEDRISK, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No.<br><br>**CERTIFICATE OF INTERESTED PERSONS** |

In accordance with Civil L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Neighborhood Neuropathy Center of Reno LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Neighborhood Neuropathy Center of Reno LLC (Plaintiff);
- Cook & Kelesis, Ltd. (counsel for Plaintiff and the Class); and
- Woodrow & Peluso, LLC (counsel for Plaintiff and the Class).

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: October 9, 2019                    Respectfully submitted,

NEIGHBORHOOD NEUROPATHY CENTER OF RENO LLC, individually and on behalf of all others similarly situated,

By:   /s/ Marc P. Cook

Marc P. Cook
Nevada Bar # 4574
Cook & Kelesis, Ltd.
517 S. 9th Street
Las Vegas, Nevada 89101
Tel: 702-737-7702
mcook@bckltd.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiffs and the Alleged Class*

*pro hac vice to be filed