Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant,*
*MedRisk, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEIGHBORHOOD NEUROPATHY CENTER OF RENO, LLC, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MEDRISK, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 3:19-cv-00619-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MEDRISK, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Neighborhood Neuropathy Center of Reno, LLC ("Plaintiff") and Defendant MedRisk, LLC ("MedRisk")[1] stipulate and agree that MedRisk has up to and including December 2, 2019, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for MedRisk to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, MedRisk is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #38299028 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated this 18th day of October, 2019.

| | |
|---|---|
| BALLARD SPAHR LLP | COOK & KELESIS, LTD. |
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*MedRisk, LLC* | By: /s/ Taylor T. Smith<br>Marc P. Cook, Esq.<br>Nevada Bar No. 4574<br>COOK & KELESIS, LTD<br>517 S. 9th Street<br>Las Vegas, Nevada 89101<br><br>Patrick H. Peluso, Esq.<br>Admitted *Pro Hac Vice*<br>Taylor T. Smith, Esq.<br>Admitted *Pro Hac Vice*<br>WOODROW & PELUSO, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

/s/ William G. Cobb
U.S. MAGISTRATE JUDGE

DATED: October 21, 2019

2

DMWEST #38299028 v1