# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEIGHBORHOOD NEUROPATHY CENTER OF RENO, LLC, | )<br>)<br>) CASE NO. 3:19-cv-00619-LRH-WGC |
| Plaintiff, | ) |
| vs. | )<br>) |
| | ) MINUTES OF PROCEEDINGS |
| MEDRISK, LLC, | )<br>) |
| Defendant(s). | )<br>) |
| | ) DATED: February 5, 2020 |
| | ) |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):    Taylor Smith, Esq. and Marc Cook, Esq.

COUNSEL FOR DEFENDANT(S):  No Appearance

**MINUTES OF PROCEEDINGS:   TELEPHONIC DISCOVERY HEARING**

1:37 p.m. Court convenes.

The court hold today's hearing to discuss the Joint Stipulated Discovery Plan and Scheduling Order (ECF No. 16).

The court requests the courtroom deputy describe the efforts to contact defense counsel regarding attendance at today's hearing. The courtroom deputy states she contacted the law office of Ballard Spahr, LLP and was advised by the receptionist that he was unable to locate or contact with Mr. Tasca or Mr. Kim. The hearing proceeded in their absence.

A brief discussion takes place as to Plaintiff's request for a six-month period for written and oral fact discovery with an additional two-month period thereafter for expert and rebuttal

witness discovery.  After hearing from Plaintiff's counsel, the court orders the following discovery deadlines:

| | |
|---|---|
| Discovery Cut-off: | **September 30, 2020** |
| Initial Expert Disclosure/Reports: | **July 31, 2020** |
| Rebuttal Expert Disclosure Reports: | **August 28, 2020** |
| Dispositive Motions/Motion for Class Certification: | **October 30, 2020** |
| Joint Pre-trial Order: | **November 30, 2020**. |

In the event dispositive motions and/or a motion for class certification are filed, the deadline for filing the proposed joint pretrial order will be suspended until thirty (30) days after decision on the dispositive motions/motion for class certification or further court order.

The court advises counsel that recalled Magistrate Judge Robert A. McQuaid is available for a settlement conference if the parties desired to proceed with mediation.

There being no additional matters to address at this time, court adjourns at 1:46 p.m.

**IT IS SO ORDERED.**

                                              DEBRA K. KEMPI, CLERK

                                              By:  /s/
                                                    Deputy Clerk