# EXHIBIT D

# EXHIBIT D



# Network News

## MedRisk Client Update
*February 2019*

The MedRisk book of business continues to grow. We are excited to regularly welcome new clients each month. We are fortunate to partner with you to deliver expert Physical Medicine services to workers' comp patients on behalf of our customers.

### NEW CLIENT: NATIONAL PARTNERSHIP

**We are proud that <u>AmTrust</u> has selected MedRisk as its *exclusive* network for physical medicine services.**

Reminder: patients associated with AmTrust should be recognized and processed as MedRisk network patients. All referrals and bills related to *new* AmTrust patients treating at your clinics as of 12/10/18 are to be managed through MedRisk. This is a national program, with the exception of Texas. Please share this critical information with your staff and update your billing systems to direct AmTrust bills to MedRisk.

---

### NEW CLIENT !!!
**AmTrust    12/10/2018**
*Only TX claims are excluded*

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any AmTrust patient should be recognized and processed as a MedRisk network patient. Please notify MedRisk before initiating treatment by calling 800-225-9675.

---



# Network News

## MedRisk Client Listing Update

*February 2019*

The MedRisk book of business continues to grow. We are excited to continue to welcome new clients each month and fortunate to partner with you to provide expert Physical Medicine services to workers' comp patients on behalf of our customers.

**The following pages contain a list of MedRisk clients to help you identify patients quickly and easily.**

All patients associated with the companies listed should be recognized and processed as a MedRisk network patient. **Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675.** All bills associated with these clients should be sent to MedRisk to avoid delays in claim processing. Please share this critical information with your staff.

**In addition, please note the following important contact information for MedRisk.**

| | |
|---|---|
| **Submit a new referral** | Phone: 800-225-9675, option 1<br>Fax: 877-389 7197 |
| **Submit Reports, Updates & Notes using the barcoded coversheets we provide for your convenience** | Fax: 855-806-9754 |
| **Request Continued Authorization** | Phone: 877-446-8581<br>Fax: 855-806-9754<br>Email: providercarequest@medrisknet.com |
| **Submit Bills for Payment**<br>*MedRisk can now process your bills 100% electronically!*<br>*Please contact Provider Relations for further information!* | Fax: 877-724-7181<br>Mail: MedRisk Inc.<br>P.O. Box 14229<br>Lexington, KY 40512 |
| **Submit bills for Reconsideration** | Mail: MedRisk Reconsideration<br>P.O. Box 61571<br>King of Prussia, PA 19406 |
| **Confirm Reimbursement/Claim Status** | Phone: 866-697-3706<br>Email: claimsinquiry@medrisknet.com |
| **Echo (to change your payment method)** | Email: edi@echohealthinc.com<br>Web: www.providerpayments.com |
| **Contact Provider Relations** | Phone: 866-697-3707<br>Email: providerrelations@medrisknet.com |



# Network News

## MedRisk Client Listing Update

*February 2019*

**NEW CLIENTS !!**
AmTrust    12/10/2018

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any patient associated with one of the companies listed here should be recognized and processed as a MedRisk network patient. **Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675**

## CLIENT LISTING

| | | |
|---|---|---|
| 7-Eleven | BSI Co. | Cross Insurance TPA, Inc. |
| Accident Fund | Builders Mutual Ins. Comp. / BMIC | Curtin, Murphy and O'Reilly |
| Acclamation Insurance Management Services (AIMS) | | CVS |
| | Builders Trust of New Mexico | Disability RMS |
| America First | California State University (CSU) | DOAS |
| Acuity Insurance | | Employers |
| AIG | CareWorks (formerly York Risk Services Group) | ESIS |
| American Equity Underwriters, The (AEU) | | F.A. Richard and Associates (FARA) |
| | Church Mutual Insurance | |
| AmeriHealth Casualty Services/CompServices, Inc. | Cincinnati Insurance Company | Farmers Insurance |
| | City and County of San Francisco | FCCI |
| AmTrust | | FFVA |
| Aramark | City of Chicago | Fireman's Fund |
| ArcBest Corp. (Arkansas Best Freight ABF) | City of LA | First Niagara Risk Management Inc. |
| | City of Sacramento | |
| Ariel Third Party Administrators (TPA) | City of San Diego | Florida League of Cities |
| | City of San Jose | Fulton County Government WC |
| Arrowpoint Capital | CNA | |
| Athens Administrators | Columbia Insurance Group | |
| Auxiliary Organization WC Plan | Companion TPA, LLC | |
| | CompSource | *Continued on next page...* |
| Best Buy | CompTrustAGC | |
| Broadspire | County Technical Services, Inc. | |
| Brotherhood Mutual | Creative Risk Solutions (CRS) | |



# Network News

## MedRisk Client Listing Update

*February 2019*

### CLIENT LISTING, Continued

| | | |
|---|---|---|
| Future Comp | Midwest Insurance | Reyes Holdings |
| Golden Eagle | Midwestern Insurance Alliance | Risico Claims Management |
| Gallagher Bassett | | Secura Insurance |
| Go2Medical Management Services | MODOT (Missouri Department of Transportation) | Sedgwick |
| | | Selective Insurance |
| Great American Insurance Group | | Seminole Tribe of Florida |
| | Murphy and Beane | Sentry Insurance |
| Hanover Insurance | NARS (North American Risk Services) | Society Insurance |
| Harford-Mutual/HMIC | | South Carolina School Board Insurance Trust |
| HCA (Hospital Corporation of America) | National Interstate | |
| | NC League of Municipalities | Spooner Incorporated |
| Hortica | New Mexico Mutual | St. Joseph Health |
| ICS (Innovative Claim Strategies) | NexCom Navy Exchange | State Fund CA (SCIF) |
| | Normandy Insurance | Strategic Comp |
| Illinois Casualty Company | OneBeacon | Sutter Health/Total Health and Productivity Management |
| IRMA (Intergovernmental Risk Management Agency) | Ohio Casualty | |
| | Optum | Tokio Marine Management, Inc. (TMM) |
| Kansas Restaurant & Hospitality Association | P.A.M. Transport, Inc. | |
| | Pacific Compensation Insurance Company | Travelers |
| Keenan and Associates | | Tribal First/ Alliant |
| Kingstree | Palm Beach County (PBC) | Underwriters Safety & Claims |
| Liberty Mutual Insurance | Patriot Care Mgmt/CCMI | University of California |
| MAC Risk Management | Pekin Insurance | University of Colorado |
| Manatee County | Pilot Travel Centers LLC | US Administrators |
| Markel | Peerless | Utica National |
| Marriott, Inc. | PMA Insurance Companies | V&A Risk Services |
| Matrix Absence Management | Ports America | Vanliner Insurance Company |
| Matrix Companies, The | Preferred Employers | Wegman's |
| Meadowbrook Insurance | Republic Indemnity | WMATA (Washington Metro) |
| Montgomery Insurance | Retail Business Services | Zurich NA |

*SPECIAL NOTE PROVIDERS -Payers in CA, TX, KY, WV & IL follow specific guidelines for including providers in their networks. To confirm if your site is included in a specific payer's network, please contact MedRisk's Provider Relations team.



# Network News

## MedRisk Client Listing Update

*March 2019*

The MedRisk book of business continues to grow. We are excited to continue to welcome new clients each month and fortunate to partner with you to provide expert Physical Medicine services to workers' comp patients on behalf of our customers.

The following pages contain a list of MedRisk clients to help you identify patients quickly and easily.

All patients associated with the companies listed should be recognized and processed as a MedRisk network patient. **Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675.** All bills associated with these clients should be sent to MedRisk to avoid delays in claim processing. Please share this critical information with your staff.

In addition, please note the following important contact information for MedRisk.

| | |
|---|---|
| Submit a new referral | Phone: 800-225-9675, option 1<br>Fax: 877-389 7197 |
| Submit Reports, Updates & Notes using the barcoded coversheets we provide for your convenience | Fax: 855-806-9754 |
| Request Continued Authorization | Phone: 877-446-8581<br>Fax: 855-806-9754<br>Email: providercarequest@medrisknet.com |
| Submit Bills for Payment<br>*MedRisk can now process your bills 100% electronically!*<br>*Please contact Provider Relations for further information!* | Fax: 877-724-7181<br>Mail: MedRisk Inc.<br>P.O. Box 14229<br>Lexington, KY 40512 |
| Submit bills for Reconsideration | Mail: MedRisk Reconsideration<br>P.O. Box 61571<br>King of Prussia, PA 19406 |
| Confirm Reimbursement/Claim Status | Phone: 866-697-3706<br>Email: claimsinquiry@medrisknet.com |
| Echo (to change your payment method) | Email: edi@echohealthinc.com<br>Web: www.providerpayments.com |
| Contact Provider Relations | Phone: 866-697-3707<br>Email: providerrelations@medrisknet.com |



# Network News

## MedRisk Client Listing Update

*March 2019*

### NEW CLIENTS !!

| | | |
|---|---|---|
| **AmTrust** | 12/10/18 | |
| **Advance Auto Parts** | 3/4/19 | |
| **CNA Insurance** | 3/4/19 | *All states* |

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any patient associated with one of the companies listed here should be recognized and processed as a MedRisk network patient.

Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675

### CLIENT LISTING

| | | |
|---|---|---|
| 7-Eleven | Builders Mutual Ins. Comp. / BMIC | County Technical Services, Inc. (CTSI) |
| Accident Fund | Builders Trust of New Mexico | Creative Risk Solutions (CRS) |
| Acclamation Insurance Management Services (AIMS) | California State University (CSU) | Cross Insurance TPA, Inc. |
| Acuity Insurance | CareWorks (formerly York Risk Services Group) | Curtin, Murphy and O'Reilly |
| Advance Auto Parts | | CVS |
| AIG | CCMSI | Disability RMS |
| American Equity Underwriters, The (AEU) | Church Mutual Insurance | DOAS |
| AmeriHealth Casualty Services/CompServices, Inc. | Cincinnati Insurance Company | Employers |
| AmTrust | City and County of San Francisco | ESIS |
| Aramark | City of Chicago | F.A. Richard and Associates (FARA) |
| ArcBest Corp. (Arkansas Best Freight ABF) | City of LA | Farmers Insurance |
| Ariel Third Party Administrators (TPA) | City of Sacramento | FCCI |
| Arrowpoint Capital | City of San Diego | FFVA |
| Athens Administrators | City of San Jose | Fireman's Fund |
| Auxiliary Organization WC Plan | CNA Insurance | First Niagara Risk Management Inc. |
| Best Buy | Columbia Insurance Group | Florida League of Cities |
| Broadspire | Companion TPA, LLC | |
| Brotherhood Mutual | CompSource | |
| BSI Co. | CompTrustAGC | *Continued on next page...* |
| | Contract Claims Services, Inc. (CCSI) | |



# Network News

## MedRisk Client Listing Update

March 2019

### CLIENT LISTING, Continued

| | | |
|---|---|---|
| Fulton County Government WC | Midwest Insurance | Sears |
| Future Comp | Midwestern Insurance Alliance | Secura Insurance |
| Gallagher Bassett | MODOT (Missouri Department of Transportation) | Sedgwick |
| Go2Medical Management Services | Murphy and Beane | Selective Insurance |
| Great American Insurance Group | NARS (North American Risk Services) | Seminole Tribe of Florida |
| | | Sentry Insurance |
| | National Interstate | Strategic Comp (SCI) |
| Hanover Insurance | NC League of Municipalities | Society Insurance |
| Harford-Mutual/HMIC | New Mexico Mutual | South Carolina School Board Insurance Trust |
| HCA (Hospital Corporation of America) | NexCom Navy Exchange | Spooner Incorporated |
| | Normandy Insurance | St. Joseph Health |
| Hortica | OneBeacon | State Fund CA (SCIF) |
| ICS (Innovative Claim Strategies) | Optum | Sutter Health/Total Health and Productivity Management |
| | P.A.M. Transport, Inc. | |
| Illinois Casualty Company | Pacific Compensation Insurance Company | The Hartford |
| IRMA (Intergovernmental Risk Management Agency) | | Tokio Marine Management, Inc. (TMM) |
| | Palm Beach County (PBC) | |
| Kansas Restaurant & Hospitality Association | Patriot Care Mgmt/CCMI | Travelers |
| | Pekin Insurance | Tribal First/ Alliant |
| Keenan and Associates | Pilot Travel Centers LLC | Underwriters Safety & Claims |
| Kingstree | PMA Insurance Companies | University of California |
| Liberty Mutual Insurance | Ports America | University of Colorado |
| MAC Risk Management | Preferred Employers | US Administrators |
| Manatee County | Republic Indemnity | Utica National |
| Markel | Retail Business Services | V&A Risk Services |
| Marriott, Inc. | Reyes Holdings | Vanliner Insurance Company |
| Matrix Absence Management | Risico Claims Management (previously AARLA) | Wegman's |
| Matrix Companies, The | | WMATA (Washington Metro) |
| Meadowbrook Insurance | SC Guaranty Association | Zurich NA |

*SPECIAL NOTE PROVIDERS -Payers in CA, TX, KY, WV & IL follow specific guidelines for including providers in their networks. To confirm if your site is included in a specific payer's network, please contact MedRisk's Provider Relations team.



# Network News

## MedRisk Client Listing Update

*April / 2019*

The MedRisk book of business continues to grow. We are excited to continue to welcome new clients each month and fortunate to partner with you to provide expert Physical Medicine services to workers' comp patients on behalf of our customers.

**The following pages contain a list of MedRisk clients to help you identify patients quickly and easily.**

All patients associated with the companies listed should be recognized and processed as a MedRisk network patient. **Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675.** All bills associated with these clients should be sent to MedRisk to avoid delays in claim processing. Please share this critical information with your staff.

**In addition, please note the following important contact information for MedRisk.**

| | |
|---|---|
| **Submit a new referral** | Phone: 800-225-9675, option 1<br>Fax: 877-389 7197 |
| **Submit Reports, Updates & Notes using the barcoded coversheets we provide for your convenience** | Fax: 855-806-9754 |
| **Request Continued Authorization** | Phone: 877-446-8581<br>Fax: 855-806-9754<br>Email: providercarequest@medrisknet.com |
| **Submit Bills for Payment**<br>*MedRisk can now process your bills 100% electronically!*<br>*Please contact Provider Relations for further information!* | Fax: 877-724-7181<br>Mail: MedRisk Inc.<br>P.O. Box 14229<br>Lexington, KY 40512 |
| **Submit bills for Reconsideration** | Mail: MedRisk Reconsideration<br>P.O. Box 61571<br>King of Prussia, PA 19406 |
| **Confirm Reimbursement/Claim Status** | Phone: 866-697-3706<br>Email: claimsinquiry@medrisknet.com |
| **Echo (to change your payment method)** | Email: edi@echohealthinc.com<br>Web: www.providerpayments.com |
| **Contact Provider Relations** | Phone: 866-697-3707<br>Email: providerrelations@medrisknet.com |

---

2701 Renaissance Boulevard • Suite 200 • P.O. Box 61570 • King of Prussia, PA 19406
800-225-9675 • www.medrisknet.com



# Network News

## MedRisk Client Listing Update

*April / 2019*

| NEW CLIENTS !! | |
|---|---|
| Advance Auto Parts | 3/4/19 |
| CNA Insurance  *All states* | 3/4/19 |
| Great American Insurance | 3/28/19 |
| Falls Lake Insurance | 4/1/19 |
| *-National Interstates / Strategic Comp/ Vanliner* | |

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any patient associated with one of the companies listed here should be recognized and processed as a MedRisk network patient.
**Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675**

### CLIENT LISTING

| | | |
|---|---|---|
| 7-Eleven | Builders Mutual Ins. Comp. / BMIC | Creative Risk Solutions (CRS) |
| Accident Fund | | Cross Insurance TPA, Inc. |
| Acclamation Insurance Management Services (AIMS) | Builders Trust of New Mexico | Curtin, Murphy and O'Reilly |
| | California State University (CSU) | CVS |
| Acuity Insurance | | Disability RMS |
| Advance Auto Parts | CareWorks (formerly York Risk Services Group) | DOAS |
| AIG | | Employers |
| American Equity Underwriters, The (AEU) | CCMSI | ESIS |
| | Church Mutual Insurance | F.A. Richard and Associates (FARA) |
| AmeriHealth Casualty Services/CompServices, Inc. | Cincinnati Insurance Company | |
| | City and County of San Francisco | Falls Lake Insurance |
| AmTrust | | Farmers Insurance |
| Aramark | City of Chicago | FCCI |
| ArcBest Corp. (Arkansas Best Freight ABF) | City of LA | FFVA |
| | City of Sacramento | Fireman's Fund |
| Ariel Third Party Administrators (TPA) | City of San Diego | First Niagara Risk Management Inc. |
| | City of San Jose | |
| Arrowpoint Capital | CAN | Florida League of Cities |
| Athens Administrators | Columbia Insurance Group | Fulton County Government WC |
| Auxiliary Organization WC Plan | Companion TPA | |
| | CompSource | Future Comp |
| Best Buy | CompTrustAGC | Gallagher Bassett |
| Broadspire | Contract Claims Services, Inc. (CCSI) | Fulton County Government WC |
| Brotherhood Mutual | | |
| BSI Co. | County Technical Services, Inc. | *Continued on next page...* |

*Continued on next page...*



# Network News

## MedRisk Client Listing Update

April / 2019

### CLIENT LISTING, Continued

| | | |
|---|---|---|
| Future Comp | Midwest Insurance | Sears |
| Gallagher Bassett | Midwestern Insurance Alliance | Secura Insurance |
| Go2Medical Management Services | | Sedgwick |
| | MODOT (Missouri Department of Transportation) | Selective Insurance |
| Great American Alternative Markets | | Seminole Tribe of Florida |
| | | Sentry Insurance |
| Great American Insurance Group | Murphy and Beane | Society Insurance |
| | NARS (North American Risk Services) | South Carolina School Board Insurance Trust |
| Hanover Insurance | | |
| Harford-Mutual/HMIC | National Interstate | Spooner Incorporated |
| HCA (Hospital Corporation of America) | NC League of Municipalities | St. Joseph Health |
| | New Mexico Mutual | State Fund CA (SCIF) |
| Hortica | NexCom Navy Exchange | Strategic Comp (SCI) |
| ICS (Innovative Claim Strategies) | Normandy Insurance | Sutter Health/Total Health and Productivity Management |
| | OneBeacon | |
| Illinois Casualty Company | Optum | The Hartford |
| IRMA (Intergovernmental Risk Management Agency) | P.A.M. Transport, Inc. | Tokio Marine Management, Inc. (TMM) |
| | Pacific Compensation Insurance Company | |
| Kansas Restaurant & Hospitality Association | | Travelers |
| | Palm Beach County (PBC) | Tribal First/ Alliant |
| Keenan and Associates | Patriot Care Mgmt/CCMI | Underwriters Safety & Claims |
| Kingstree | Pekin Insurance | University of California |
| Liberty Mutual Insurance | Pilot Travel Centers LLC | University of Colorado |
| MAC Risk Management | PMA Insurance Companies | US Administrators |
| Manatee County | Ports America | Utica National |
| Markel | Preferred Employers | V&A Risk Services |
| Marriott, Inc. | Republic Indemnity | Vanliner Insurance Company |
| Matrix Absence Management | Retail Business Services | Wegman's |
| Matrix Companies | Reyes Holdings | WMATA (Washington Metro) |
| Meadowbrook Insurance | Risico Claims Management | Zurich NA |
| Midwest Insurance | SC Guaranty Association | |

*SPECIAL NOTE PROVIDERS -Payers in CA, TX, KY, WV & IL follow specific guidelines for including providers in their networks. To confirm if your site is included in a specific payer's network, please contact MedRisk's Provider Relations team.

2701 Renaissance Boulevard • Suite 200 • P.O. Box 61570 • King of Prussia, PA 19406
800-225-9675 • www.medrisknet.com

|| Page 3 of 3 ||



# Network News

## MedRisk Client Update

*April 2019*

MedRisk is excited to welcome new clients each month and we are thankful to team up with your clinics to offer expert physical medicine services to their injured workers. New this month, our partnership with one of our existing customers is expanding – bigger and better!

### NATIONAL PARTNERSHIP

**We are proud that the Great American Insurance Group has selected MedRisk as its national provider for physical medicine services. This partnership includes the following:**

**Great American OCC/ACC program**

**National Interstate**

**Strategic Comp**

**Vanliner**

All referrals and bills related to these patients treating at your clinics as of 3/28/19 are to be managed through MedRisk. This is a national program. Please share this information with your staff and update your billing systems to direct all claims under the Great American umbrella to MedRisk.

### CLIENT NOTICE!

| | |
|---|---|
| **Great American** | **3/28/19** |
| **National Interstate** | |
| **Strategic Comp** | |
| **Vaniliner** | |

**TIP: Avoid delays in claim processing**

Please remember, in addition to patients scheduled by MedRisk with your facility, any Great American patient should be recognized and processed as a MedRisk network patient. Please notify MedRisk before initiating treatment by calling 800-225-9675.

---



# Network News

## MedRisk Client Update                                April 2019

The MedRisk book of business continues to grow. We are excited to regularly welcome new clients each month. We are fortunate to partner with you to deliver expert Physical Medicine services to national workers' comp patients on behalf of our customers. Please welcome yet another new client...

### NEW CLIENT: NATIONAL PARTNERSHIP

**We are proud that Falls Lake Insurance has selected MedRisk as its national provider for physical medicine services.**

Please join us in welcoming all patients associated with Falls Lake Insurance. All referrals and bills related to Falls Lake Insurance patients treating at your clinics as of 4/1/19 are to be managed through MedRisk. This is a national program. Please share this critical information with your staff and update your billing systems to direct Falls Lake Insurance claims to MedRisk.

### NEW CLIENT !!!
**Falls Lake Insurance**
4/1/19 *ALL States*

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any Falls Lake Insurance patient should be recognized and processed as a MedRisk network patient. Please notify MedRisk before initiating treatment by calling 800-225-9675.

---

2701 Renaissance Boulevard • Suite 200 • P.O. Box 61570 • King of Prussia, PA 19406
Phone: 800-225-9675 • www.medrisknet.com

|| Page 1 of 1 ||



# Network News

May 2019

The MedRisk book of business continues to grow. We are excited to continue to welcome new clients each month and fortunate to partner with you to provide expert Physical Medicine services to workers' comp patients on behalf of our customers.

**The following pages contain a list of MedRisk clients to help you identify patients quickly and easily.**

All patients associated with the companies listed should be recognized and processed as a MedRisk network patient. **Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675.** All bills associated with these clients should be sent to MedRisk to avoid delays in claim processing. Please share this critical information with your staff.

**NEW UPDATE!**

To further assist your office in identifying Sedgwick employers MedRisk manages, **you can now access all Sedgwick employers on the MedRisk Provider Portal**. For information on how to access the provider portal, please contact Provider Relations.

In addition, please note the following important contact information for MedRisk.

| | |
|---|---|
| **Submit a new referral** | Phone: 800-225-9675, option 1<br>Fax: 877-389 7197 |
| **Submit Reports, Updates & Notes using the barcoded coversheets we provide for your convenience** | Fax: 855-806-9754 |
| **Request Continued Authorization** | Phone: 877-446-8581<br>Fax: 855-806-9754<br>Email: providercarerequest@medrisknet.com |
| **Submit Bills for Payment**<br>*MedRisk can now process your bills 100% electronically!  Please contact Provider Relations for further information!* | Fax: 877-724-7181<br>Mail: MedRisk Inc.<br>P.O. Box 14229<br>Lexington, KY 40512 |
| **Submit bills for Reconsideration** | Mail: MedRisk Reconsideration<br>P.O. Box 61571<br>King of Prussia, PA 19406 |
| **Confirm Reimbursement/Claim Status** | Phone: 866-697-3706<br>Email: claimsinquiry@medrisknet.com |
| **Echo (to change your payment method)** | Email: edi@echohealthinc.com<br>Web: www.providerpayments.com |
| **Contact Provider Relations** (can assist with portal access!) | Phone: 866-697-3707<br>Email: providerrelations@medrisknet.com |



# Network News

May 2019

| NEW CLIENTS !! | |
|---|---|
| Advance Auto Parts | 3/4/19 |
| CNA Insurance  *All states* | 3/4/19 |
| Great American Insurance | 3/28/19 |
| Falls Lake Insurance | 4/1/19 |
| Ingles Markets | 5/16/19 |
| *-National Interstates / Strategic Comp/ Vanliner* | |

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any patient associated with one of the companies listed here should be recognized and processed as a MedRisk network patient.

**Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675**

## CLIENT LISTING

| | | |
|---|---|---|
| Accident Fund | California State University (CSU) | County Technical Services, Inc. |
| Acclamation Insurance Management Services (AIMS) | CareWorks (formerly York Risk Services Group) | Creative Risk Solutions (CRS) |
| Acuity Insurance | CCMSI | Cross Insurance TPA, Inc. |
| Advance Auto Parts | Church Mutual Insurance | Curtin, Murphy and O'Reilly |
| AIG | Cincinnati Insurance Company | CVS |
| American Equity Underwriters, The (AEU) | | Disability RMS |
| | City and County of San Francisco | DOAS |
| AmTrust | | Employers |
| Aramark | City of Chicago | ESIS |
| ArcBest Corp. (Arkansas Best Freight ABF) | City of LA | Falls Lake Insurance |
| | City of Sacramento | Farmers Insurance |
| Ariel Third Party Administrators (TPA) | City of San Diego | FCCI |
| | City of San Jose | FFVA |
| Arrowpoint Capital | CNA | Fireman's Fund |
| Athens Administrators | City of San Jose | First Niagara Risk Management Inc. |
| Auxiliary Organization WC Plan | CNA | |
| | Columbia Insurance Group | Florida League of Cities |
| Best Buy | Companion TPA | Fulton County Government WC |
| Broadspire | CompSource | |
| Brotherhood Mutual | CompTrustAGC | Future Comp |
| BSI Co. | Contract Claims Services, Inc. (CCSI) | Gallagher Bassett |
| Builders Mutual Ins.Comp. / BMIC | | Go2Medical Management Services |
| Builders Trust of New Mexico | | *Continued on next page...* |



# Network News

May 2019

## CLIENT LISTING, Continued

| | | |
|---|---|---|
| Great American Alternative Markets | Midwestern Insurance Alliance | Secura Insurance |
| Great American Insurance Group | Midwestern Insurance Alliance | Sedgwick |
| Hanover Insurance | MODOT (Missouri Department of Transportation) | Selective Insurance |
| Great American Alternative Markets | | Seminole Tribe of Florida |
| Great American Insurance Group | | Sentry Insurance |
| | Murphy and Beane | Society Insurance |
| Hanover Insurance | NARS (North American Risk Services) | South Carolina School Board Insurance Trust |
| HCA (Hospital Corporation of America) | National Interstate | Spooner Incorporated |
| Hortica | NC League of Municipalities | St. Joseph Health |
| ICS (Innovative Claim Strategies) | New Mexico Mutual | State Fund CA (SCIF) |
| | NexCom Navy Exchange | Strategic Comp (SCI) |
| Illinois Casualty Company | Normandy Insurance | Sutter Health/Total Health and Productivity Management |
| Ingles Markets | OneBeacon | |
| Intercare Holding Insurance Services | Optum | The Hartford |
| | P.A.M. Transport, Inc. | Tokio Marine America |
| IRMA (Intergovernmental Risk Management Agency) | Pacific Compensation Insurance Company | Travelers |
| | | Tribal First/ Alliant |
| Kansas Restaurant & Hospitality Association | Palm Beach County (PBC) | Underwriters Safety & Claims |
| | Patriot Care Mgmt/CCMI | University of California |
| Keenan and Associates | Pekin Insurance | University of Colorado |
| Kingstree | Pilot Travel Centers LLC | US Administrators |
| Liberty Mutual Insurance | PMA Insurance Companies | Utica National |
| MAC Risk Management | Ports America | V&A Risk Services |
| Manatee County | Preferred Employers | Vanliner Insurance Company |
| Markel | Republic Indemnity | |
| Marriott, Inc. | Retail Business Services | Wegman's |
| Matrix Absence Management | Reyes Holdings | WMATA (Washington Metro) |
| | Risico Claims Management | |
| Matrix Companies, The | SC Guaranty Association | Zurich NA |
| Midwest Insurance | Sears | |

**SPECIAL NOTE PROVIDERS** -Payers in CA, TX, KY, WV & IL follow specific guidelines for including providers in their networks. To confirm if your site is included in a specific payer's network, please contact MedRisk's Provider Relations team.



# Network News

## MedRisk Client Update

July 2019

The MedRisk book of business continues to grow. We are excited to regularly welcome new clients each month. We are fortunate to partner with you to deliver expert Physical Medicine services to workers' comp patients on behalf of our customers. Please welcome yet another new client...

## NEW CLIENT PARTNERSHIP

**We are proud that CMI-Walmart has selected MedRisk as a partner for physical medicine services.**

**As of 7/1/19 all *NEW* referrals related to CMI- Walmart patients treating at your clinics in all states except PA, GA, OR and VA are to be managed through MedRisk.** Please remember to notify MedRisk before initiating treatment by calling 800-225-9675. Please share this critical information with your staff and update your billing systems to direct CMI- Walmart claims to MedRisk.

### NEW CLIENT !!!
**CMI-Walmart**
7/1/19 *ALL States except PA, GA, OR and VA*

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, CMI- Walmart patient should be recognized and processed as a MedRisk network patient in all states except PA, GA OR and VA. Please remember to notify MedRisk before initiating treatment by calling 800-225-9675.

2701 Renaissance Boulevard • Suite 200 • P.O. Box 61570 • King of Prussia, PA 19406
Phone: 800-225-9675 • www.medrisknet.com



# Network News

## MedRisk Client Listing Update

*July / 2019*

The MedRisk book of business continues to grow. We are excited to continue to welcome new clients each month and fortunate to partner with you to provide expert Physical Medicine services to workers' comp patients on behalf of our customers.

**The following pages contain a list of MedRisk clients to help you identify patients quickly and easily.**

All patients associated with the companies listed should be recognized and processed as a MedRisk network patient. **Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675**. All bills associated with these clients should be sent to MedRisk to avoid delays in claim processing. Please share this critical information with your staff.

### NEW UPDATE!

To further assist your office in identifying claims MedRisk manages for Sedgwick, **you can now access employer information on the MedRisk Provider Portal**. For information on how to access the provider portal, please contact Provider Relations.

**In addition, please note the following important contact information for MedRisk.**

| | |
|---|---|
| **Submit a new referral** | Phone: 800-225-9675, option 1<br>Fax: 877-389 7197 |
| **Submit Reports, Updates & Notes using the barcoded coversheets we provide for your convenience** | Fax: 855-806-9754 |
| **Request Continued Authorization** | Phone: 877-716-8594<br>Fax: 855-806-9754<br>Email: providercarequest@medrisknet.com |
| **Submit Bills for Payment**<br>*MedRisk can now process your bills 100% electronically!   Please contact Provider Relations for further information!* | Fax: 877-724-7181<br>Mail: MedRisk Inc.<br>P.O. Box 14229<br>Lexington, KY 40512 |
| **Submit bills for Reconsideration** | Mail: MedRisk Reconsideration<br>P.O. Box 61571<br>King of Prussia, PA 19406 |
| **Confirm Reimbursement/Claim Status** | Phone: 866-697-3706<br>Email: claimsinquiry@medrisknet.com |
| **Echo (to change your payment method)** | Email: edi@echohealthinc.com<br>Web: www.providerpayments.com |

---



# Network News

## MedRisk Client Listing Update
July / 2019

| Contact Provider Relations (can assist with portal access!) | Phone: 866-697-3707<br>Email: providerrelations@medrisknet.com |
|---|---|

### NEW CLIENTS!!

**5/16/19**
*CIRSA*

**6/19/19**
*Ingles Markets*

**7/8/19**
*Argonaut Insurance, Berkshire Hathaway/BHHC, BitCo, City of Long Beach, City of Torrance, Federated Rural Electric Exchange, Illinois Public Risk Fund (IPRF), Kentucky League of Cities, LWP Claims Solutions*

**TIP: Avoid delays in claim processing**
Please remember, in addition to patients scheduled by MedRisk with your facility, any patient associated with one of the companies listed here should be recognized and processed as a MedRisk network patient. Please notify MedRisk before initiating treatment on these patients by calling us at 800-225-9675

## CLIENT LISTING

| | | |
|---|---|---|
| Accident Fund | Broadspire | City of San Diego |
| Acclamation Insurance Management Services (AIMS) | Brotherhood Mutual | City of San Jose |
| | BSI Co./SCA (formerly Hewitt Coleman) | City of Torrance |
| Acuity Insurance | | Columbia Insurance Group |
| Advance Auto Parts | Builders Mutual Ins. Comp. / BMIC | Companion TPA, LLC |
| AIG | | CompSource |
| American Equity Underwriters, The (AEU) | Builders Trust of New Mexico | CompTrustAGC |
| | California State University (CSU) | Contract Claims Services, Inc. (CCSI) |
| AmTrust | | |
| Aramark | CAN | County Technical Services, Inc. (CTSI) |
| ArcBest Corp. (Arkansas Best Freight ABF) | CareWorks (formerly York Risk Services Group) | |
| | | Creative Risk Solutions (CRS) |
| Argonaut Insurance | CCMSI | Cross Insurance TPA, Inc. |
| Arrowpoint Capital | Church Mutual Insurance | Curtin, Murphy and O'Reilly |
| Athens Administrators | Cincinnati Insurance Company | CVS |
| Auxiliary Organization WC Plan | CIRSA | Disability RMS |
| | City of Chicago | DOAS |
| Berkshire Hathaway/BHHC | City of LA | Employers |
| Best Buy | City of Long Beach | ***Continued on next page*** |
| BitCo | City of Sacramento | |



# Network News

## MedRisk Client Listing Update

July / 2019

### CLIENT LISTING, Continued

| | | | |
|---|---|---|---|
| ESIS | Illinois Public Risk Fund (IPRF) | New Mexico Mutual | Sentry Insurance |
| Falls Lake Insurance | Ingles Markets | NexCom Navy Exchange | Society Insurance |
| Farmers Insurance | IRMA (Intergovernmental Risk Management Agency) | Normandy Insurance | South Carolina School Board Insurance Trust |
| FCCI | | OneBeacon | Spooner Incorporated |
| Federated Rural Electric Exchange | Kansas Restaurant & Hospitality Association | Optum | St. Joseph Health |
| FFVA | Kentucky League of Cities | P.A.M. Transport, Inc. | State Fund CA (SCIF) |
| Fireman's Fund | Kingstree | Palm Beach County (PBC) | Strategic Comp (SCI) |
| First Niagara Risk Management Inc. | Liberty Mutual Insurance | Patriot Care Mgmt/CCMI | Tokio Marine America |
| Florida League of Cities | LWP Claims Solutions | Pekin Insurance | Travelers |
| Fulton County Government WC | MAC Risk Management | Pilot Travel Centers LLC | Tribal First/ Alliant |
| Future Comp | Manatee County | PMA Insurance Companies | Underwriters Safety & Claims |
| Gallagher Bassett | Markel | Ports America | University of California |
| Go2Medical Management Services | Marriott, Inc. | Preferred Employers | University of Colorado |
| Great American Alternative Markets | Matrix Absence Management | Republic Indemnity | US Administrators |
| Great American Insurance Group | Matrix Companies, The | Retail Business Services | Utica National |
| | Midwest Insurance | Reyes Holdings | V&A Risk Services |
| Hanover Insurance | Midwestern Insurance Alliance | SC Association of Counties | Vanliner Insurance Company |
| Harford-Mutual/HMIC | MODOT (Missouri Department of Transportation) | SC Guaranty Association | Wegman's |
| Hartford, The | | Sears | WMATA (Washington Metro) |
| HCA (Hospital Corporation of America) | Murphy and Beane | Secura Insurance | Zurich NA |
| Hortica | NARS (North American Risk Services) | Sedgwick | |
| ICS (Innovative Claim Strategies) | National Interstate | Selective Insurance | |
| Illinois Casualty Company | NC League of Municipalities | Seminole Tribe of Florida | |

*SPECIAL NOTE PROVIDERS -Payers in CA, TX, KY, WV & IL follow specific guidelines for including providers in their networks. To confirm if your site is included in a specific payer's network, please contact MedRisk's Provider Relations team.