Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*
and the alleged Class

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **NEIGHBORHOOD NEUROPATHY CENTER OF RENO LLC**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **MEDRISK, LLC,** <br><br> Defendant. | Case No. 2:19-cv-00619-LRH-WGC <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

As supplemental authority in support of its Response in Opposition to Defendant's Motion for Summary Judgment, Plaintiff hereby respectfully submits the attached opinion issued on November 30, 2020, in *Mich. Urgent Care & Primary Cary Physicians, P.C. v. Medical Security Card Company, LLC,* Case No. 2:20-cv-10353-TGB-DRG (E.D. Mich. Nov. 30, 2020). The *Mich. Urgent Care* opinion rejected an argument for dismissal that the faxes at issue were not advertisements. In doing so, the court noted that "the fax is [] sent in furtherance of Defendant's business activities in a way that is more than merely 'informational'—it matters to Defendant's profits whether doctors take action based on what they read in the fax".

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: December 11, 2020

**Neighborhood Neuropathy Center of Reno LLC**, individually and on behalf of all others similarly situated,

By:     /s/   *Patrick H. Peluso*
One of Plaintiff's Attorneys

Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

* Pro Hac Vice

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

3

I, Patrick H. Peluso, hereby certify that on December 11, 2020 a true and accurate copy of the above papers was served on all counsel by filing such papers with the Court using the Court's electronic filing system.

4

5

<u>/s/ Patrick H. Peluso</u>

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28