Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*
and the alleged Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEIGHBORHOOD NEUROPATHY CENTER OF RENO LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDRISK LLC**<br><br>Defendant. | Case No.  3:19-cv-00619-LRH-WGC<br><br>**RENEWED JOINT PROPOSED DISCOVERY PLAN AND REQUEST FOR NEW SCHEDULING ORDER** |

Plaintiff Neighborhood Neuropathy Center of Reno LLC ("Plaintiff") and Defendant MedRisk LLC ("Defendant" or "MedRisk") jointly submit this Renewed Joint Proposed Discovery Plan and Request for New Scheduling Order. The Court recently denied, on January 6, 2021, Defendant's Motion for Summary Judgment, which was filed approximately one month after the initial Discovery Hearing was held in this case. (*See* Dkts. 19, 20, 26.) The Parties have subsequently met-and-conferred and jointly submit the following proposed case schedule now that the Motion for Summary Judgment has been denied:

Discovery Cut-off: August 23, 2021

Initial Expert Disclosure/Reports: June 23, 2021

Rebuttal Expert Disclosure/Reports: July 23, 2021

Motion for Class Certification: September 23, 2021

Subsequent Case Management Conference: TBD, to be set after a ruling on class certification. The Parties propose that a subsequent case management conference be set after a decision is made on class certification to establish deadlines for the remainder of the case, including dispositive motions, pre-trial, and trial.[1]

                                                                        Respectfully submitted,

Dated: January 22, 2021                **Neighborhood Neuropathy Center of Reno LLC**, individually and on behalf of all others similarly situated,

                                         By:    /s/ Taylor T. Smith
                                                    One of Plaintiff's Attorneys

Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676

---

[1] Defendant reserves all rights to move to limit the scope of discovery, and/or to bifurcate class and merits discovery. Defendant will meet and confer with Plaintiff prior to requesting any such relief from the Court.

- 2 -

Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

* Pro Hac Vice

Dated: January 22, 2021  **MedRisk, LLC**

By:  /s/ Joel E. Tasca
One of Defendant's Attorneys

Joel E. Tasca
Ballard Spahr LLP
One Summerlin
1980 Festival Plaza Drive, Ste. 900
Las Vegas, NV 89135
(702) 868-7511
Fax: (702) 471-7070
Email: tasca@ballardspahr.com

**IT IS SO ORDERED**

*[signature]*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:  January 25, 2021**

- 3 -