UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NEIGHBORHOOD NEUROPATHY            )
CENTER OF RENO, LLC,               )    CASE NO.  3:19-cv-619-LRH-WGC
                                   )
         Plaintiff,                )
   vs.                             )
                                   )
                                   )    MINUTES OF PROCEEDINGS
MEDRISK, LLC,                      )
                                   )
         Defendant.                )
                                   )    DATED:  May 12, 2021
_____)

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF:     Patrick Peluso, Esq., and Julie Sanpei, Esq. (telephonic)

COUNSEL FOR DEFENDANT:     Maria Gall, Esq.

**MINUTES OF PROCEEDINGS:    VIDEO MOTION HEARING**

1:17 p.m. Court convenes.

The court holds today's hearing pursuant to Defendant's Motion for Phased Discovery (ECF No. 30), Plaintiff's Response (ECF No. 31) and Defendant's Reply (ECF No. 32).

Ms. Gall responds to the court's inquiry stating the discovery to be undertaken during the phase discovery would be related to whether or not the faxes to plaintiff were unsolicited advertisements.  Ms. Gall advises that Defendant has not initiated any discovery.

Mr. Peluso argues that phased discovery is not necessary as all discovery can be undertaken at once.  Mr. Peluso further argues that phased discovery would only delay other

MINUTES OF PROCEEDINGS - 1

deadlines such as the class certification. Mr. Peluso also states Plaintiff has not initiated discovery even though there is a discovery cut-off deadline of August 23, 2021 (ECF No. 28).

The court notes that in District Judge Hicks' Order (ECF No. 26) denying Defendant's Motion for Summary Judgment (ECF No. 20) he states:

> Summary judgment at this time will be delayed until there has been more of an opportunity to gather facts or evidence surrounding how MedRisk receives a benefit from the faxes. (ECF No. 26, pgs. 4-5).

The court questions the parties if discovery on this issue has been initiated. The parties, again, advise that no discovery has been performed.

The court expresses disappointment that the parties have not engaged in discovery at this late date, after two (2) scheduling orders and District Judge Hicks' Order specifically stating more facts and evidence needs to be obtained whether MedRisk received a benefit from the faxes.

The court **denies** Defendant's Motion for Phased Discovery (ECF No. 30).

There being no additional matters to address at this time, court adjourns at 1:36 p.m.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
        Deputy Clerk