Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*
and the alleged Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **NEIGHBORHOOD NEUROPATHY CENTER OF RENO LLC**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDRISK LLC**<br><br>Defendant. | Case No. 3:19-cv-00619-LRH-WGC<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety with prejudice with respect to all claims alleged by Plaintiff against Defendant, with all parties to bear their own attorneys' fees and expenses.

There being no class certified in this action and no motion for certification filed, this stipulation shall have no effect on the putative claims of any persons other than the named Plaintiff.

WHEREFORE, Plaintiff and Defendant request that this action be terminated and dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated:  September 24, 2021 | Respectfully submitted, |
| */s/ Taylor T. Smith* | */s/ Joel E. Tasca* |
| Patrick H. Peluso, Esq.<br>Taylor T. Smith, Esq.<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone:  (720) 213-0675<br>Facsimile:  (303) 927-0809<br>ppeluso@woodrowpeluso.com<br>tsmith@woodrowpeluso.com<br><br>Counsel for Plaintiff | Joel E. Tasca<br>Ballard Spahr LLP<br>One Summerlin<br>1980 Festival Plaza Drive, Ste. 900<br>Las Vegas, NV 89135<br>(702) 868-7511<br>Fax: (702) 471-7070<br>Email: tasca@ballardspahr.com<br><br>Counsel for Defendant |

2